| | |
|---|---|
| 1 | BUCHALTER |
| | A Professional Corporation |
| 2 | FARAH P. BHATTI (SBN: 218633) |
| | MATTHEW L. SEROR (SBN: 235043) |
| 3 | 18400 Von Karman Avenue, Suite 800 |
| | Irvine, CA 92612-0514 |
| 4 | Telephone: 949.760.1121 |
| | Fax: 949.720.0182 |
| 5 | Email: fbhatti@buchalter.com |
| 6 | Attorneys for Plaintiff BUNDOO KHAN USA, LLC |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BUNDOO KHAN USA LLC, | Case No. 8:22-cv-00801-SPG-JDE |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| OMAR'S CHICKEN N WAFFLES, LLC, | |
| Defendant. | |

Plaintiff Bundoo Khan USA LLC ("Plaintiff") and Defendant Omar's Chicken N Waffles, LLC ("Defendant") in this matter by and through their respective counsels of record, hereby notify the Court that the parties have reached a settlement of this action which fully resolves the disputes pending before the Court. The contemplated settlement will result in a joint request for entry of judgment by consent.

Dated: March 20, 2023        BUCHALTER
                             A Professional Corporation


                             By: /s/ *Matthew L. Seror*
                                 FARAH P. BHATTI
                                 MATTHEW L. SEROR
                             Attorneys for Plaintiff Bundoo Khan USA LLC

| | | |
|---|---|---|
| Dated: March 20, 2023 | | LAW OFFICES OF THOMAS F. NOWLAND |

                                      By:       /s/ Kevin Ngai
                                              THOMAS F. NOWLAND
                                              KEVIN NGAI
                          Attorneys for Defendant Omar's Chicken n Waffles, LLC

BUCHALTER
A PROFESSIONAL CORPORATION
IRVINE