JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUNDOO KHAN USA LLC,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>OMAR'S CHICKEN N WAFFLES, LLC,<br><br>　　　　Defendant. | Case No. 8:22-cv-00801-SPG-JDE<br><br>**STIPULATED JUDGMENT BY CONSENT AND PERMANENT INJUNCTION AS TO DEFENDANT OMAR'S CHICKEN N WAFFLES, LLC** |

Pursuant to the parties' Stipulation for Entry of Judgment and Permanent Injunction Pursuant to Settlement Agreement as to Defendant Omar's Chicken n Waffles, LLC ("Defendant"),

**IT IS ORDERED, ADJUDGED AND DECREED, AS FOLLOWS:**

1. The Court has personal jurisdiction over the Defendant. The Court also has subject matter jurisdiction over this action pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331, 1338(a) and 1367.

2. Plaintiff Bundoo Khan USA LLC ("Plaintiff") is the owner of the MAK AL HAAJ BUNDOO KHAN Mark, registered in the U.S. Patent and Trademark Office, Registration No. 6,623,887 (the "BUNDOO KHAN Mark"). Plaintiff uses its BUNDOO KHAN Mark in connection with the operation of restaurants and the provision of restaurant services.

3. In or about October 2021, Defendant opened a restaurant under the name BUNDU KHAN in Pittsburgh, California.

4. On April 12, 2022, Plaintiff filed this lawsuit against Defendant for: (1) trademark infringement; (2) false designation of origin; (3) trademark dilution; (4) common law unfair competition; (5) false advertising; (6) California state unfair competition; and (7) California state trademark dilution; and (8) common law unfair competition related to Defendant's infringing use of the mark BUNDU KHAN, which Plaintiff alleges infringes upon its rights in its BUNDOO KHAN Mark. On June 1, 2022, Defendant filed its Answer to the Complaint and on June 17, 2022, Defendant filed its amended answer to the Complaint.

5. Defendant's use of the BUNDU KHAN Mark was undertaken without Plaintiff's consent or authorization.

**NOW, THEREFORE, IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, AS FOLLOWS:**

A. Final judgment is entered in favor of Plaintiff and against Defendant on Plaintiff's claims in the amount of $75,000 (seventy-five thousand dollars).

  B. Upon the entry of this Judgment, Defendant and its officers, agents, servants, employees, and those persons acting in concert or participation with Defendant shall be permanently enjoined from:

    i. Using the BUNDU KHAN Mark and any reproduction, counterfeit, copy, colorable imitation or variations of the BUNDOO KHAN Mark in connection with the operation of a restaurant, the provision of restaurant services, the sale of food items or in connection with the operation, advertisement, promotion or marketing of a restaurant or food service business;

    ii. Engaging in any course of conduct likely to cause confusion, deception, or mistake, or dilute the distinctive quality of the BUNDOO KHAN Mark;

    iii. Using a false description or representation including words or other symbols tending to falsely describe or represent Defendant's unauthorized goods or services as being those of Plaintiff or sponsored by or associated with Plaintiff;

    iv. Effecting any assignments or transfers, forming any new entities or associations, or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth herein.

  C. That Defendant, within five (5) days of the entry of this Judgment, shall take all steps necessary to cease all use of, and to remove all references to, the BUNDU KHAN Mark and any reproduction, counterfeit, copy, colorable imitation or variation of the BUNDOO KHAN Mark from Defendant's business locations, signage, menus, websites, social media pages, advertising, promotions or marketing materials.

  D. The parties, and any person bound by this Final Judgment and Permanent Injunction, shall be subject to the jurisdiction of this Court in connection

with any dispute relating to enforcing the terms of this Final Judgment and Permanent Injunction.

      E.    Each party shall bear their own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: April 24, 2023

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE